**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yorluis Jose Briceno Garcia
Plaintiff,
v.
Samuel Olson, et al.
Defendant.

Case No.: 1:26−cv−13301
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2026:

MINUTE entry before the Honorable Lindsay C. Jenkins: The petition for a writ of habeas corpus [1] is granted. See the attached order for further details. The government must release Petitioner within 24 hours of this order, subject to the conditions of his September 22, 2026, Order of Supervision. Because this order provides the full relief to which Petitioner is entitled, the Clerk shall enter a final judgment order under Rule 58 in favor of Petitioner. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.